RECEIVED APR 19 2010 JUDGE KAPLAN'S CHAMBERS

Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BEVERLY EDWARDS, LIKASHMI
DEOSARAN, RASHIDA WRIGHT, KERON
SEALEY, JAMES STEWART, SHAUNEY
DUNKLEY and MICHAEL SAMUELS, on behalf
of themselves and all others similarly situated,

                   Plaintiffs,

  -against-

PUBLISHERS CIRCULATION FULFILLMENT,
INC., also known as PCF, Inc.,

                   Defendant.
----------------------------------------X

09 Civ. 4968 (LAK) (HBP)

ECF CASE

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/19/10

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all of the parties in the above-referenced action as follows:

1.     Plaintiffs Beverly Edwards, Likashmi Deosaran, Rashida Wright, Keron Sealey, James Stewart, and Michael Samuels (collectively "Named Plaintiffs") agree to and hereby withdraw, with prejudice, any and all individual claims under the New York Labor Law – Article 19 (Minimum Wage) and any supporting New York State Department of Labor Regulations, as asserted in the Third Claim for Relief of the Amended Complaint (Dkt 14);

2.     Named Plaintiffs agree to and hereby withdraw any and all claims brought by them on behalf of all others they purport to represent and who they allege are similarly situated under the New York Labor Law – Article 19 (Minimum Wage) and any supporting New York State Department of Labor Regulations, as asserted in the Amended Complaint;

3.  Plaintiff Shauney Dunkley withdraws as a plaintiff and putative class representative in this action, and shall continue to assert claims against PCF only to the extent that a class is certified in this action, and he falls within the definition of such class;

4.  All parties shall bear his, her, or its own fees and costs.

This Stipulation may be filed without further notice and in counterparts, and execution by facsimile or e-mail shall be deemed proper and full execution of this Stipulation.

Dated: New York New York
April 14, 2010

PROSKAUER ROSE LLP

By: _____
Gregory I. Rasin
Elise M. Bloom
Joshua F. Alloy
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Tel: (212) 969-3000
Fax:(212) 969-2900
grasin@proskauer.com
ebloom@proskauer.com
jalloy@proskauer.com

Mark W. Batten (admitted pro hac vice)
One International Place
Boston, MA 02110
Tel: (617) 526-9850
Fax: (617) 526-9899
mbatten@proskauer.com

*Attorneys for Defendant PCF*

GANGEMI LAW FIRM, P.C.

By: _____
Salvatore G. Gangemi
Gangemi Law Firm, P.C.
82 Wall Street, Suite 300
New York, NY 10005
Tel: (212) 425-0630
Fax: (212) 425-0635
sgangemi@gangemilaw.com

Peter W. Overs, Jr.
Harwood Feffer LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630
povers@hfesq.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. Lewis A. Kaplan

4/19/10
Dated

2